# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

ANDREW N. COX,
    Plaintiff,

v.      CIVIL ACTION NO.
    2:09-CV-0031-RWS

UNITED STATES MARSHALS
SERVICES,
    Defendant.

## ORDER AND OPINION

On April 9, 2009, the Court entered an Order [8] permitting Plaintiff's deliberate indifference claim to proceed. The Clerk of Court was directed to send service forms to Plaintiff, and Plaintiff was ordered to complete and return the forms within twenty (20) days. Plaintiff was warned that failure to comply in a timely manner could result in dismissal of this action. The forms were originally mailed to Plaintiff on April 9, 2009. The forms were returned as undeliverable [9] on April 14, 2009. On April 29, 2009, Plaintiff filed a Notice of Change of Address [10]. On that same day, the Clerk sent the forms to Plaintiff's new address.

Because Plaintiff did not complete and return the forms in a timely manner, the Court entered an Order on June 2, 2009 [11], dismissing this action without prejudice

due to Plaintiff's failure to comply with a lawful order. On June 10, 2009, Plaintiff filed a motion for reconsideration [13] of the Court's dismissal order.

The Court will reopen the instant action in order to address Plaintiff's motion for reconsideration. In seeking reconsideration, Plaintiff states that he has been transferred to four different prison facilities in a forty-five day period. Plaintiff further states that he attempted to return the completed forms in a timely manner but that the forms were returned to him. Plaintiff asks the Court for another opportunity so that he may call upon a family member to return the completed forms to the Court.

For good cause shown, **IT IS HEREBY ORDERED** that Plaintiff's motion for reconsideration [13] is **GRANTED**. The instant action is **REOPENED**, and the Court's June 2, 2009, Order and Judgment [11 and 12] are **VACATED**.

The Clerk of Court is **DIRECTED** to send Plaintiff a copy of the Court's April 9, 2009, Order [8] which contains instructions for preparing the necessary forms and serving Plaintiff's complaint on Defendant. The Clerk shall also send Plaintiff another set of the forms listed in the Order. The service instructions are **CLARIFIED** to the extent that Plaintiff shall have TWENTY (20) days from the entry date of this Order to complete the USM 285 form, summons, and initial disclosures form and to return

AO 72A
(Rev.8/82)

them to the Clerk of Court. Plaintiff is warned that failure to comply in a timely manner will result in the dismissal of this civil action.

The Clerk is **DIRECTED** to resubmit this action to the undersigned if Plaintiff fails to comply. Upon receipt of the forms, the Clerk is **DIRECTED** to proceed in accordance with the instructions provided in the April 9, 2009, Order.

**IT IS SO ORDERED**, this  23rd  day of December, 2009.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)