# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

ANDREW N. COX, :
    Plaintiff, :
     :
v. : CIVIL ACTION NO.
     : 2:09-CV-0031-RWS
UNITED STATES MARSHALS :
SERVICES, :
    Defendant. :

## ORDER AND OPINION

On February 17, 2009, Plaintiff submitted the instant civil action [1]. This matter is currently before the Court on Plaintiff's Motion to Abate Action [17].

On April 9, 2009, the Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A [8] and allowed Plaintiff's deliberate indifference claim to proceed. Thereafter, on June 2, 2009 [11], the Court dismissed this action based on Plaintiff's failure to comply with a lawful order. On December 23, 2009 [14], the Court granted Plaintiff's motion for reconsideration, reopened this case, and directed Plaintiff to comply with the service instructions contained in the April 9, 2009, Order.

In addition to complying with the service instructions, Plaintiff has filed a Motion to Abate Action [17]. Plaintiff, who is currently confined at the Alachua County Jail ("ACJ") in Gainesville, Florida, asks the Court to stay this action until he

"is transferred to a Federal Facility or able to gain access to a Law Library." [17 at 1]. Plaintiff contends that prison officials have denied him access to legal research and his legal materials. [Id.].

Court records reflect that Defendant has been served with Plaintiff's complaint and that an answer is due on March 30, 2010. [20]. Thus, until Defendant files either an answer or a pre-answer motion, Plaintiff is not required to take any action in this case. The Court concludes, therefore, that it is unnecessary to stay this action at this time. Should Plaintiff be required to take action in this case in the future or otherwise respond to a motion filed by Defendant, he may attempt to seek relief from the Court in the event prison officials continue to deny him access to his legal materials and legal research.

Accordingly, **IT IS ORDERED** that Plaintiff's Motion to Abate Action [17] is **DENIED**. With regard to the discovery process, the Court **DIRECTS** that this case **SHALL** proceed on a four (4) month discovery track, beginning thirty (30) days after the appearance of Defendant by answer to the complaint, subject to extension by motion filed prior to the expiration of the discovery period. See LR 26.2(A)-(B), NDGa.

AO 72A
(Rev.8/82)

**IT IS SO ORDERED**, this  12th  day of March, 2010.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)